# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD BRYSON MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3499

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case Nos. 502017CF006339AMB, 502017CF006340AMB, 502017CF006341AMB, 502017CF006344AMB, 502017CF006348BMB, 502017CF006460AMB and 502017CF006462AMB.

Richard Bryson Moore, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***